IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Criminal No. 08-20052 |
| vs. ) | |
| ) | 18 U.S.C. § 922(g) |
| NARRINO STEWART ) | 18 U.S.C. § 922(j) |
| a/k/a MARRINO STEWART, ) | 18 U.S.C. § 924(c) |
| a/k/a RAY MOORE, ) | 18 U.S.C. § 2119 |
| ) | |
| Defendant. ) | |

INDICTMENT

RECEIVED

FEB 19 2008

United States District Court
Western Tennessee

THE GRAND JURY CHARGES:

COUNT ONE

On or about December 17, 2007 in the Western District of Tennessee, the defendant,

--------------------------------- NARRINO STEWART ---------------------------------
------------------------------- a/k/a MARRINO STEWART -------------------------------
--------------------------------- a/k/a RAY MOORE ---------------------------------

did, with the intent to cause death and serious bodily injury, take a motor vehicle that had been transported, shipped, and received in interstate commerce, that is a Ford 250 Truck, from the person and presence of another by force, violence, and intimidation, in violation of Title 18, United States Code, Section 2119.

## COUNT TWO

On or about December 17, 2007, in the Western District of Tennessee, the defendant,

------------------------------------------ **NARRINO STEWART** ---------------------------------------
------------------------------------------ **a/k/a MARRINO STEWART**---- ---------------------------------
------------------------------------------ **a/k/a RAY MOORE** ---------------------------------------

during and in relation to a crime of violence, that is, "Carjacking" in violation of Title 18, United States Code, Section 2119, knowingly use and carry a firearm; in violation of Title 18, United States Code, Section 924(c).

## COUNT THREE

On or about December 20, 2007, in the Western District of Tennessee, the defendant,

------------------------------------- **NARRINO STEWART** -------------------------------------
------------------------------------- **a/k/a MARRINO STEWART**---- -------------------------------
------------------------------------- **a/k/a RAY MOORE** -------------------------------------

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce a firearm, that is a Spingfield Armory XD 40 caliber semi automatic pistol, in violation of Title 18, United States Code, Section 922(g).

## COUNT FOUR

On or about December 20, 2007, in the Western District of Tennessee, the defendant,

------------------------------------- **NARRINO STEWART** -------------------------------------
------------------------------------- **a/k/a MARRINO STEWART**---- -------------------------------
------------------------------------- **a/k/a RAY MOORE** -------------------------------------

did possess a stolen firearm, that is a Springfield Armory XD 40 caliber semiautomatic pistol which had been shipped or transported in interstate commerce, knowing and having reasonable cause to believe the firearm was stolen, in violation of Title 18 United States code, Sections 922(j).

## COUNT FIVE

On or about December 20, 2007 in the Western District of Tennessee, the defendant,

**NARRINO STEWART**
**a/k/a MARRINO STEWART**
**a/k/a RAY MOORE**

did, with the intent to cause death and serious bodily injury, take a motor vehicle that had been transported, shipped, and received in interstate commerce, that is a Saturn Vue automobile, from the person and presence of another by force, violence, and intimidation, in violation of Title 18, United States Code, Section 2119.

## COUNT SIX

On or about December 20, 2007, in the Western District of Tennessee, the defendant,

---------------------------------------- **NARRINO STEWART** ----------------------------------------
---------------------------------------- **a/k/a MARRINO STEWART**---- ------------------------------
---------------------------------------- **a/k/a RAY MOORE** ----------------------------------------

during and in relation to a crime of violence, that is, "Carjacking" in violation of Title 18, United States Code, Section 2119, knowingly use and carry a firearm; in violation of Title 18, United States Code, Section 924(c).

A TRUE BILL:

s/Grand Jury Foreperson
FOREPERSON

DATE: Feb 19, 2008

UNITED STATES ATTORNEY