IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| **Plaintiff,** ) | |
| ) | **CR. NO. 08-20052** |
| **v.** ) | |
| ) | |
| **NARRINO STEWART** ) | |
| ) | |
| **Defendant.** ) | |

---

## POSITION OF THE UNITED STATES
---

  COMES NOW the United States of America by and through Lawrence J. Laurenzi, United States Attorney and Michelle Kimbril-Parks, Assistant United States Attorney for the Western District of Tennessee and notifies the Court of the position of the United States in accordance with § 6A1.2 of the <u>Sentencing Guidelines and Policy Statements</u>.

1. The attorney for the United States has received and reviewed the Presentence Report filed in this case.
2. The government has no objections to either the facts or the calculations contained in the Presentence Report.
3. The government recommends that the defendant be sentenced to 360 months .

Respectfully Submitted,

          LAWRENCE J. LAURENZI
          UNITED STATES ATTORNEY


         By: <u>s/Michelle Kimbril-Parks</u>
          MICHELLE KIMBRIL-PARKS
          Assistant United States Attorney
          167 N. Main, Suite 800
          Memphis, Tennessee 38103
          901-544-4231

## CERTIFICATE OF SERVICE

I, Michelle Kimbril-Parks, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing Position of the United States has been forwarded to Ned Germany, Attorney for Defendant, 200 Jefferson Avenue, Suite 200, Memphis, Tennessee, 38103.

This date: July 24, 2009

                                              By: s/Michelle Kimbril-Parks
                                                  MICHELLE KIMBRIL-PARKS