IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                       Cr. No.  08-20052-B

NARRINO STEWART,

    Defendant.

---

**POSITION OF DEFENDANT WITH RESPECT TO SENTENCING FACTORS**

---

    COMES NOW the defendant Narrino Stewart, by and through his counsel, Needum L. Germany and submits his position with respect to the sentencing factors pursuant to *§6A1.2 of the United States Sentencing Guidelines Manual (effective 2008)*.

    1.  The defendant and counsel have reviewed and discussed the Presentence Investigation Report together.

**OBJECTIONS TO THE PRESENTENCE REPORT**

    2.  Mr. Stewart has no objections to the factual statements or guideline calculations in the presentence report.

                              Respectfully submitted,

                              STEPHEN B. SHANKMAN
                              FEDERAL DEFENDER

                              s/ Needum L. Germany
                              Assistant Federal Defender
                              200 Jefferson Avenue, Suite 200
                              Memphis, TN 38103
                              (901) 544-3895

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Position of Defendant With Respect To Sentencing Factors has been forwarded by electronic means via the Court's electronic filing system to Ms. Michele Kimbril-Parks, Assistant U.S. Attorney, 167 N. Main, Suite 800, Memphis, TN 38103.

This 28th day of July, 2009.

s/ Needum L. Germany<br>
Assistant Federal Defender