UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                  Cr. No.         2:08-cr-20052-STA

NARRINO STEWART,

    Defendant.
_____

NOTICE OF JOHNSON REVIEW
_____

    COMES NOW C. Anne Tipton, appointed counsel for Defendant, and notices this court she has complete a review of Defendant's case for purposes of eligibility pursuant to the holding in Johnson v. U.S.A. (D.E. #61). My review and opinion regarding his ineligibly for relief has been communicated to Defendant on June 20, 2016 by letter sent via the U.S. Postal Service, First Class postage.

    Due to his ineligibility, I will not be filing anything on behalf of Defendant pursuant to Johnson v. United States, 135 S. Ct. 2551 (2015).

                                                        Respectfully submitted,

                                                        /s/ C. Anne Tipton
                                                        C. ANNE TIPTON
                                                        Attorney at Law
                                                        200 Jefferson Avenue
                                                         Suite 1500
                                                         Memphis, Tennessee  38103
                                                        (901) 529-8500

## CERTIFICATE OF SERVICE

I, C. Anne Tipton, certify that the foregoing Notice of Johnson Review was forwarded by letter via the United States Postal Service to Defendant, Narrino Stewart, Inmate No. 22104-076, USP Hazelton, P.O. Box 2000; Bruceton Mills, West Virginia, 26525 on June 23, 2016.

This, the 23rd of June, 2016.

/s/ C. Anne Tipton
C. ANNE TIPTON